# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY TARTER<br><br>　　　　Plaintiff,<br>vs.<br><br>NATIONAL BUSINESS FACTORS, INC.<br><br>　　　　Defendant. | Case No. 3:11-cv-00260-LRH-VPC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ASHLEY TARTER, against Defendant, NATIONAL BUSINESS FACTORS, INC.., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 08/25/2011

JONATHAN GOLDSMITH, ESQ. (11805)
*in assoc. with*

By:　/s/ Johnathan Goldsmith
Jonathan Goldsmith, Esq. (11805) in assoc. with **KROHN & MOSS, LTD.**
9029 South Pecos Road, Suite 2800
Henderson, NV 89074
Ph:　702-386-8637
Fax:　702-385-3029
Email: jgoldsmith@lawrosen.com
Attorneys for Plaintiff

1

| | |
|---|---|
| Dated: 08/25/2011 | By: /s/ Robert C. Herman<br>Robert C. Herman<br>Bar No.: 000963<br>301 W. Fourth Street<br>Carson City, NV 89703<br>Ph:   775-883-1928<br>Fax:   775-883-5827<br>Email: herman.rc@gmail.com<br>Attorney for Defendant |

## ORDER

IT IS SO ORDERED.

DATED this 27th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE