# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY TARTER<br><br>　　　　Plaintiff,<br>vs.<br><br>NATIONAL BUSINESS FACTORS, INC.<br><br>　　　　Defendant. | Case No. 3:11-cv-00260-LRH-VPC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ASHLEY TARTER, against Defendant, NATIONAL BUSINESS FACTORS, INC.., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 08/25/2011

JONATHAN GOLDSMITH, ESQ. (11805)
*in assoc. with*

By: /s/ Johnathan Goldsmith
Jonathan Goldsmith, Esq. (11805) in assoc. with **KROHN & MOSS, LTD.**
9029 South Pecos Road, Suite 2800
Henderson, NV 89074
Ph:　702-386-8637
Fax:　702-385-3029
Email: jgoldsmith@lawrosen.com
Attorneys for Plaintiff

1

| | | |
|---|---|---|
| 1 | Dated: 08/25/2011 | By: /s/ Robert C. Herman |
| 2 | | Robert C. Herman |
| | | Bar No.: 000963 |
| 3 | | 301 W. Fourth Street |
| | | Carson City, NV 89703 |
| 4 | | Ph:   775-883-1928 |
| | | Fax:  775-883-5827 |
| 5 | | Email: herman.rc@gmail.com |
| | | Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE